IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-003284-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JASON PEARSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiffs will be directed to cure the following if he wish to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiffs
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _xx_ <u>affidavit is not notarized</u> or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _xx_ other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition**:

| | | |
|---|---|---|
| (9) | __ | is not submitted |
| (10) | __ | is not on proper form (must use the court's current form) |
| (11) | __ | is missing an original signature by the Plaintiffs |
| (12) | xx | is incomplete: <u>The Claims for Relief are not filled out.</u> |
| (13) | __ | uses et al. instead of listing all parties in caption |
| (14) | __ | names in caption do not match names in text |
| (15) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (16) | __ | other _____ |

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 19, 2012, at Denver, Colorado.

BY THE COURT:


s/ Boyd N. Boland
United States Magistrate Judge